IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| Maria E. Markowitz Croy, Individually And as Personal Representative of the Estate of James Paul Markowitz, Deceased; and Aaliyah Brittany Soto, as Next Friend of P.J.M. a Minor Child<br><br>Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>Defendant. | Case No. DR-22-CV-005-AM-VRG<br><br>DECLARATION OF STEVEN G. OHRVALL |

## DECLARATION OF STEVEN G. OHRVALL

I, Steven G. Ohrvall, state and declare as follows:

1. I am an Associate Legal Advisor for the Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), Office of the Principal Legal Advisor (OPLA), District Court Litigation Division (DCLD), in Irving, Texas. I have personal knowledge of all facts contained in this declaration. If called to do so, I could and would competently testify to those facts.

2. The ICE/ OPLA/ DCLD is responsible for reviewing any administrative claims filed with ICE under the Federal Tort Claims Act that relate to injuries and/or damages allegedly incurred as a result of any encounter with ICE and/or its officials and employees.

3. I have conducted a search of the paper and electronic records of the ICE Office of the Principal Legal Advisor and found no record of any FTCA administrative claims filed by plaintiffs, Marie E. Markowitz Croy or Aaliyah Brittany Soto.

4. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of August 2022, in Irving, Texas.

_____
Steven G. Ohrvall
Associate Legal Advisor

Exhibit 2 Page 1 of 1